UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RASHO,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | No.   00-CV-528 DRH |
| ) | |
| **SYNDER, et al.,** ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   25th   day of   May  , 2005.

/s/     David R Herndon
**UNITED STATES DISTRICT JUDGE**